IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE J. EASTON, | : | Civil Action No. 4:15-CV-0359 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, *commissioner of the Social Security Administration,* | : | |
| | : | (Magistrate Judge Cohn) |
| Defendant. | : | |

**ORDER**

And now, this 4th day of April 2016, having reviewed the thorough report and recommendation of Magistrate Judge Gerald B. Cohn together with the letter from the Commissioner waiving the opportunity to object, the report and recommendation of the magistrate judge is ADOPTED. March 14, 2016, ECF No. 17. The decision of the Commissioner is VACATED and REMANDED. The Clerk is directed to close the case file.

1

BY THE COURT:


 s/ Matthew W. Brann
Matthew W. Brann
United States District Judge